IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SHAUNA L. MASSENGALE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 3:16-cv-1405-MO<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

**MOSMAN, J.,**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs [17], IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA, in the amount of FIVE THOUSAND FOUR HUNDRED EIGHTY THREE DOLLARS AND NINETY EIGHT CENTS ($5,483.98), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00). Based on the terms of the Stipulation [17], this award is subject to the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 1560 U.S. 586 (2010). Any payment shall be delivered to Plaintiff's counsel.

DATED this ___ day of November, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – ORDER